IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| David Link, Individually and on behalf of all others similarly situated,  :  Plaintiff  v.  W.L. Markers, Inc.,  Defendant | :  :  Civil Action 2:12-cv-0960  :  Judge Marbley  :  Magistrate Judge Abel  :  : |

## Order Cancelling Settlement Week Mediation

On June 3, 2013, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for June 14, 2013 at 3:00 p.m. be cancelled.  The parties' March 13, 2013 joint motion to certify a class has not been ruled on. The parties cannot engage in settlement discussions until notice is given to the class and the members of the class have the opportunity to exercise their right to opt-in. After the number of opt-in plaintiffs has been determined, the parties will be in a position to exchange settlement positions. The June 2013 Settlement Week mediation is CANCELLED.

Counsel should call me (614-719-3370) **within 60 days of notice being sent to the class** to set up a telephone conference to let me know what changes need to be made to the existing scheduling order and to discuss whether they want to participate in a Settlement Week or other mediation.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Ronald Linville, 65 E. State St., Ste. 2100, Columbus, OH 43215.

                                                  s/Mark R. Abel
                                                  United States Magistrate Judge